**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| PIERRE QUINCY PULLINS,                  )<br>                                                              )<br>                    Plaintiff,           )<br>v.                                                         )          No. 1:08-cv-522-DFH-JMS<br>                                                              )<br>HONORABLE STATE                        )<br>  REPRESENTATIVE CAROLENE      )<br>  MAYS,                                           )<br>                                                              )<br>                    Defendant.         ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's request to proceed *in forma pauperis* (dkt 2) is **granted** to the extent that he shall be permitted to pay the filing fee in seven installments of $50.00. The first such installment shall be made **no later than May 20, 2008**, and each installment thereafter shall be paid on or before the 20th day of each subsequent month. The full filing fee is $350.00.

2. The plaintiff has filed a complaint for injunctive relief. He alleges that the defendant, a state legislator, has violated the Federal Election Campaign Act by using the resources of and print space in the *Indianapolis Recorder* to circumvent campaign finance laws. The complaint states that the plaintiff has been involved in prior litigation with the defendant in state court based on the same facts alleged in this complaint. See Marion County Superior Court Case Number 49D07-0610-CT-040439. The plaintiff is **directed to supplement** his complaint with the written decision of the state court disposing of the plaintiff's prior action. He shall also explain in detail any basis for his standing to seek relief for any alleged violations of federal campaign finance laws, as well as how the relief he seeks would be consistent with the First Amendment to the United States Constitution. He shall have **through May 2, 2008,** in which to do so.

3. The plaintiff's request for a preliminary injunction is **denied without prejudice.** The reasons for this ruling are that the initial partial filing fee has not been paid and personal jurisdiction has not been acquired over the defendant. These circumstances make the consideration or award of temporary relief such as that sought through the motion for preliminary injunction premature and unwarranted.

4.     The clerk is designated, pursuant to *Fed. R. Civ. P.* 4(c)(2), to issue and serve process on defendant Carolene Mays. Process in this case shall consist of the complaint, this Entry, and Forms 1A and 1B.

5.     If the plaintiff intended to include additional individuals or entities mentioned in the complaint but not named as defendants, he should notify the court in writing of this intention, shall recite the claim or claims he asserts against such defendant(s), and shall provide an address at which process can be issued to each such defendant.

So ordered.

*David F. Hamilton*

DAVID F. HAMILTON, Chief Judge
United States District Court

Date:   4/29/2008

Distribution:

Pierre Quincy Pullins
1227 N. Rural Street
Indianapolis, IN 46201

Carolene Mays
Hon. State Representative
2901 N. Tacoma Ave
Indianapolis, IN 46218

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.**